AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

RADLEY BRADFORD, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v().

TOMOCREDIT, INC.

*Defendant(s)*

Civil Action No. 4:23-cv-04561

SERVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TOMOCREDIT, INC.
c/o REGISTERED AGENT
RONNIE MOU
535 MISSION ST
SAN FRANCISCO, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: December 8, 2023



*s/ R. Becknal*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **RADLEY BRADFORD, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** ) ) ) ) *Plaintiff* ) ) v. ) ) ) **TOMOCREDIT, INC.** ) ) *Defendant* | Civil Action No. 4:23-CV-04561 |

## AFFIDAVIT OF SERVICE

I, Synn Chuah, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 2, 2024, at 9:05 am. I delivered these documents to Tomocredit, Inc. in San Francisco County, CA on January 19, 2024 at 11:37 am at 535 Mission St, San Francisco, CA 94105 by leaving the following documents with David (refused last name) who as Front Desk at WeWork is authorized by appointment or by law to receive service of process for Tomocredit, Inc.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT

Additional Description: I attempted this serve on January 17, 2024 originally. This is a "We Work" space. (Virtual office). The people from We Work confirmed that Tomocredit was in fact a client. The person at reception contacted someone upstairs at Tomocredit. I waited an hour and nobody came down. The person running the We Work space refused to accept and wouldn't assist any more. On January 19, 2024 I returned and the people at We Work refused to even attempt to contact Tomocredit. I explained that they were interfering with the serve and that since they were acting as an agent for Tomocredit that I was going to serve them. The man at We Work reception just laughed and said if I left the documents, he would shred them. I explained that he was served and left the documents in plain sight on the table.

Unknown Race Male, est. age 35-44, glasses: Y, No Hair hair, 140 lbs to 160 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=37.7892956927,-122.398125066

Proof Job #431366                          Paul Pankiewicz                          Page 1

Photograph: See Exhibit 1

My name is Synn Chuah, my date of birth is 11/14/1981, and my address is 2820 Shellgate Ct, Hayward, CA 94545, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Synn Chuah*

Executed in

__Alameda County_____,

__CA_____ on __1/22/2024_____.

Synn Chuah
+1 (510) 338-8338
Certification Number: 1596
Expiration Date: 4/16/2025