United States District Court
Southern District of Texas
**ENTERED**
February 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 4:23-cv-04561<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter coming before the Court on Plaintiff's Motion to Appear Telephonically or Via Videoconference for Initial Pretrial and Scheduling Conference, the Court having reviewed the same and being advised in the premises, it is hereby ORDERED:

1. Plaintiff's Motion is granted.
2. Plaintiff's Counsel is authorized to appear telephonically or via videoconference for the Initial Pretrial and Scheduling Conference.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 15th of February, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE