Case 4:23-cv-04561   Document 27   Filed on 06/03/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>TOMOCREDIT, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:23-cv-04561<br>§<br>§<br>§<br>§<br>§ |

## CONDITIONAL ORDER OF DISMSSAL

The parties have filed a Notice of Settlement. ECF No. 26. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 3rd day of June, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1