UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC.,<br><br>   Defendant. | Case No. 4:23-cv-04561<br><br>Hon. Judge Keith P. Ellison |

## ORDER

This cause coming before the Court on the Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against TOMOCREDIT, INC. is hereby dismissed with prejudice as to Plaintiff's individual claims. Each party to bear its own attorney's fees and costs.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE